Law office of David Sean Dufek
David Sean Dufek SBN 193723
2655 Camino Del Rio North #110
San Diego, CA 92108
(619) 299-1709 fax (619) 299-1951

Counsel for Defendant, CACH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERRINI,<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC, JAMES ANTHONY CAMBECE, JR., DAVID SEAN DUFEK,<br><br>Defendants. | Case No. 2:12-CV-01954-MCE DAD<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS OR IN THE ALTERNATIVE DISMISS CASE**<br><br>**HEARING DATE:** October 18, 2012<br>**HEARING TIME:** 2:00 PM<br>**DEPARTMENT:** Courtroom 7 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant, CACH, LLC, will move this Court for an order Compelling the Parties to Submit the above captioned matter to Binding Arbitration and dismiss or stay all proceedings. This Motion will be heard on Thursday, October 18, 2012, at 2:00 PM in Courtroom 7, located at the United States District Court, Eastern District of California, 501 I Street, Sacramento, California 95814. This Motion is based on the on the brief attached, This Motion is based on the following:

1. Plaintiff has already established that there is a valid binding arbitration agreement between the parties;

2. The allegations of Plaintiffs complaint are that Defendants, during their efforts to enforce the agreement containing the arbitration provision, gave rise to claims.

Also, please take notice that Opposition to the granting of the Motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed hearing date. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. No party will be entitled to be heard in opposition to a motion at oral argument if opposition to the motion has not been timely filed by that party.

Dated: August 17, 2012              By: /s/ David Sean Dufek

David Sean Dufek, Esq. SBN 193723
Law Office of David Sean Dufek
2655 Camino Del Rio North #110
San Diego, CA 92108
(619) 299-1709
davidseandufek@aol.com
Counsel for Defendant, CACH, LLC