**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**MICHAEL FERRINI**                                  CASE: **2:12–CV–01954–TLN–DAD**

                          vs.

**JAMES ANTHONY CAMBECE JR., ET AL.**      **ORDER OF REASSIGNMENT**

_____ /

         The court, having considered the appointment of **District Judge Troy L. Nunley**

finds the necessity for reassignment of the above captioned case, and for notice to be given

to the affected parties.

         IT IS THEREFORE ORDERED that:

         The above captioned case shall be and is hereby **REASSIGNED** from

**District Judge Morrison C. England, Jr.**  to **District Judge Troy L. Nunley**  for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:                    **2:12–CV–01954–TLN–DAD**

         All dates currently set in this reassigned action shall remain effective subject to further

order of the court.

         DATED:   April 3, 2013

                                                    _____

                                                    **MORRISON C. ENGLAND, JR.**, CHIEF
                                                    U.S. DISTRICT COURT JUDGE