UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERRINI,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES ANTHONY CAMBECE JR., et al.,<br><br>    Defendants. | No. 2:12-cv-1954 TLN DAD PS<br><br><br>ORDER |

Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 3, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 3, 2013 (Doc No. 19) are adopted in full;

    2. Defendants' November 28, 2012 motion to compel arbitration (Doc. No. 14) is granted;

    3. Plaintiff's November 19, 2012 amended complaint (Doc. No. 13) is dismissed with prejudice; and

    4. This action is closed.

DATED:   July 26, 2013

Troy L. Nunley
United States District Judge

/ferrini1954.jo